## United States District Court

### for

### the District of Nevada

---

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
### *Probation Form 49 (Waiver of Hearing) is Attached*
### July 18, 2013

---

**Name of Offender:**   __CHRISTOPHER SHAWN TURNER__

Case Number:   __2:13-cr-228-KJD-CWH__

Name of Sentencing Judicial Officer:   __Honorable Edward Rafeedie, Central District of California__

Date of Original Sentence:   __August 6, 2001__

Original Offense:   __Conspiracy to Commit Bank Robbery. Armed Bank Robbery. Brandishing a Firearm__
_____   __During a Crime of Violence.__

Original Sentence:   __154 Months Custody. Three Years Supervised Release__

Date Supervision Commenced:   __May 18, 2012__

Date Jurisdiction Transferred to District of Nevada:   __June 19, 2013__

Name of Assigned Judicial Officer:   __Honorable Kent J. Dawson__

---

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

__✓__ To modify the conditions of supervision as follows:

1.      **You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.**

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: CHRISTOPHER SHAWN TURNER**

### CAUSE

Due to the nature of the instant offense, coupled with Mr. Turner's criminal history involving firearms, he was approached with a waiver of a hearing to modify his conditions of supervision to include warrantless search.  He was educated the reasoning of this special condition, in which Mr. Turner voiced no objection.

On July 17, 2013, Mr. Turner signed a waiver of a hearing in agreement to modify the conditions of his supervision to include warrantless search.  It is respectfully requested this condition be added to Mr. Turner's special conditions of supervision, in order to provide the probation office with the necessary tools to adequately supervise Mr. Turner.

The undersigned probation officer will be available at the Court's convenience should there be any questions or concerns.

Respectfully submitted,

JEFFREY K. SHORT
United States Probation Officer

APPROVED:

TODD J. FREDLUND, Supervising
United States Probation Officer

### THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

\_\_KJD\_\_ The modification of conditions as noted above

_____ Other

_____
Signature of Judicial Officer

7/19/13
_____
Date